# SOUTH BROOKLYN LEGAL SERVICES
## FORECLOSURE PREVENTION PROJECT
Josh Zinner, Director
105 Court Street, Brooklyn, NY 11201
(718) 237-5567 · Fax (718) 875-8546 · joshz@sbls.org

---

July 20, 2005

Hon. Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza West
Brooklyn, NY 11201

Re: *Wragg v. United Homes et al.*, EDNY #04-CV-1368

Dear Judge Matsumoto:

On behalf of plaintiff Margaret Wragg and defendants United Homes, LLC and United Property Group, LLC, I am writing in response to your Order dated July 13, 2005. We would like to assure the Court that plaintiff and defendants still have an agreement on settlement of this matter, and have been working diligently toward finalizing the details of the settlement. Due to the complexity of the settlement and the number of parties involved, it has taken more time than anticipated to finalize these details; however, a final settlement agreement has been circulated for signature of all parties.

Once the final settlement agreement has been signed by all parties, we will set up a closing as a final stage in the settlement process. As soon as the closing has been completed, the parties will file a stipulation of discontinuance with this Court. Although I am not in a position to guarantee a closing deadline given the number of parties involved, we anticipate that this matter can be concluded expeditiously.

Sincerely,

Josh Zinner, Esq.
South Brooklyn Legal Services
*Counsel for plaintiff*

*Towards justice and dignity for all · Por justicia y dignidad para todos*